DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERIBERTO SICAIROS-QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. HERIBERTO SICAIROS-QUINTERO, *Defendant.* | NO. 1:09-cr-00271 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: March 22, 2010<br>Time: 1:30 P.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Heriberto Sicairos-Quintero, that **the sentencing hearing in the above-referenced matter now set for February 22, 2010, may be continued to March 22, 2010, at 1:30 P.M.**

This continuance is requested by counsel for Defendant Heriberto Quintero-Sicairos to allow the parties to continue to try to reach a joint disposition as to the appropriate sentence in the case. Additionally, counsel would like time to further investigate the releveant sentencing law as recently the Supreme Court has granted cert to several cases which may affect the mandatory minimum sentences applicable on this case. The requested continuance will conserve time and resources for the parties and

the court.

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: February 18, 2010          By: /s/ Ian L. Garriques
                                  IAN L. GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Public Defender

DATED: February 18, 2010          By: /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  HERIBERTO SICAIROS-QUINTERO

IT IS SO ORDERED.

**Dated:   February 18, 2010**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE