DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERIBERTO SICAIROS-QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERIBERTO SICAIROS-QUINTERO, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:09-cr-00271 OWW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br><br> Date:  April 26, 2010 <br> Time:  9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defendant, counsel for Defendant Heriberto Sicairos-Quintero, that **the sentencing hearing in the above-referenced matter now set for March 22, 2010, may be continued to April 26, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Heriberto Quintero-Sicairos to allow the defense to properly file its formal objections and a sentencing memorandum.  Additionally, counsel would like time to further investigate the relevant sentencing law as recently the Supreme Court has granted cert to several cases which may affect the mandatory minimum sentences applicable on this case.  Counsel has once previously requested a continuation of the sentencing date, but due to the time required in preparing for and participation in the *Teresa Martinez* trial, counsel was unable to properly prepare for sentencing on

behalf of Mr. Sicairos-Quintero.  The requested continuance will conserve time and resources for the parties and the court.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: March 17, 2010                     By:   /s/  Ian L. Garriques
                                                     IAN L. GARRIQUES
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: March 17, 2010                     By:   /s/  Charles J. Lee
                                                     CHARLES J. LEE
                                                     Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   HERIBERTO SICAIROS-QUINTERO

## **O R D E R**

IT IS SO ORDERED.

**Dated:     March 17, 2010**                      **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE