DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERIBERTO SICAIROS-QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HERIBERTO SICAIROS-QUINTERO,<br><br>*Defendant.* | NO. 1:09-cr-00271 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br><br>Date: May 17, 2010<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Heriberto Sicairos-Quintero, that **the sentencing hearing in the above-referenced matter now set for April 26, 2010, may be continued to May 17, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Heriberto Quintero-Sicairos as defense was late in filing its formal objections and sentencing memorandum and to give the government an appropriate opportunity to respond. Additionally, counsel for the government now anticipates being in trial on the currently set sentencing date. The requested continuance will conserve time and resources for the parties and the court.

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 13, 2010 | By: /s/ Ian L. Garriques<br>IAN L. GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: April 13, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>HERIBERTO SICAIROS-QUINTERO |

**O R D E R**

IT IS SO ORDERED.

**Dated: April 13, 2010**          /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Hearing;
 Order                                                      −2−