McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HERIBERTO SICAIROS-QUINTERO,<br><br>　　　　　　　Defendants. | CASE NO. 1:09-CR-00271-AWI<br><br>STIPULATION REGADRING MOTION BRIEFING SCHEDULE; PROPOSED ORDER |

It is hereby stipulated by and between David Porter, counsel for HERIBERTO SICAIROS-QUINTERO, and Justin Gilio, Assistant United States Attorney, that following will be the parties' motions schedule:

　　　Government's Response due:　　**October 2**

　　　Defense's Reply due:　　**October 9**

　　　 Hearing:　　**October 16, or a date and time determined by the court**

 Dated: September 8, 2020　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　By:　/s/ JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　By: /s/ David Porter
　　　　　　　　　　　　　　　　　　　　　David Porter
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

STIPULATION REGADRING MOTION       1
BRIEFING SCHEDULE

**ORDER**

Based on the parties' stipulation, the proposed motions schedule is adopted and ordered.

IT IS SO ORDERED.

Dated:   September 16, 2020                    _____
                                                                    SENIOR  DISTRICT  JUDGE

STIPULATION REGADRING MOTION
BRIEFING SCHEDULE

2