McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HERIBERTO SICAIROS-QUINTERO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:09-CR-00271-AWI<br><br>ORDER [~~PROPOSED~~] EXTENDING TIME FOR GOVERNMENT'S RESPONSE |

**ORDER**

Upon consideration of the unopposed motion made by the United States, the revised motions schedule is adopted and ordered:

　　Government's Response due:　　**October 9**

　　Defense's Reply due:　　**October 16**

　　 Hearing:　　**October 23**

IT IS SO ORDERED.

Dated:   October 2, 2020　　　　　_____

　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1